UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 99-944  GHK (FFMx) | Date | September 29, 2014 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA   v.  WILLIAM E. EVANS | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|
| Beatrice Herrera | Khowoonsun (Koni) Chong |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| MICHAEL GOLDSMITH | WILLIAM EVANS, PRO SE |

**PROCEEDINGS:**     **SCHEDULING CONFERENCE**

　　　　Matter called.  Counsel for plaintiff is present.  Defendant appearing Pro Se is present.  Court and the parties confer.  Having heard from the parties, Court directs the parties to appear forthwith before  Gail Killefer, ADR Program Coordinator, to conduct a settlement conference in the above case.  If the case settles counsel for plaintiff shall contact the Court forthwith.  If the case does not settle, the parties shall meet and confer and file a joint status report as prescribed in the Court's order re: scheduling conference.  Court will issue such further orders as deemed appropriate.

　　　　**IT IS SO ORDERED.**

|  | : | **10** |
|---|---|---|
|  | Initials of Preparer | Bea |